## EXHIBITS TO COMPLAINT

A – 5/13/14 "Final Determination" Report of Wayne County Clerk

B – 4/30/14 Letter from Wayne County Clerk re: sufficient signatures

C – Moore Declaration

D – Willis-Pittman Declaration

E – Willis-Pittman Voter Registration Application

F – Terry Declaration