# EXHIBIT A

## 5/13/14 "Final Determination" Report of Wayne County Clerk




# *Office of the County Clerk*

*Cathy M. Garrett*
*Wayne County Clerk*

May 13, 2014

**FINAL DETERMINATION**

Our office has concluded the investigation into the challenges filed by Mr. Richard Jones, Jr. against the Nominating Petitions submitted by Congressman John Conyers, Jr. The Official Declaration required under MCL 168.552 is enclosed. On Friday, May 9, 2014, my office has supplied the petitioner and candidate with the staff report required under MCL 168.552.

My office has been in contact with the State of Michigan, seeking any additional authority aside from the statutes cited below in rendering my determination. My office was referred to the State of Michigan's publication "Circulating Countywide Nominating and Qualifying Petition Forms", dated March 2012. This office is bound by the statutes and election laws governed by the State of Michigan, MCL 168.542 to 168.556. Under these current laws, below are my findings for each challenge stated in your complaint:

**Challenge #1** - "Date can't be determined; wrong date completely"
Petition #1; Page 00127

**<u>Determination:</u>** This date was determined invalid during the initial check of the petitions prior to the challenge.

**Challenge #2** - "Challenge circulator's voter registration" (Dameon Fentress)
Petitions challenged – 00127, 00118, 00119, 00120, 00097, 00138, 00165, and 00097

**<u>Determination:</u>** The report received from the Detroit City Clerk's Office indicates Circulator Dameon Fentress is registered to vote at 22226 Grove, Detroit, MI 48219. Although the address listed on the petitions differ from the circulator's registered address, both addresses are still within the same jurisdiction; therefore, 53 signatures contained on petition pages 00127, 00118, 00119, 00120, 00097, and 00138 are determined ***<u>valid</u>***. MCL 168.544(c)(3)

22 signatures contained within the above challenged petitions were determined ***<u>invalid</u>***.

Petition page 00165 was determined invalid during the second review as an overage of the 2,000 signature maximum.

**Challenge #3** – "Challenge circulator voter registration and whether circulator is registered at that address Challenge Petitioners failure to sign petition – only printed name!"
Petition challenged - 00097

*211 Coleman A. Young Municipal Center, Detroit, MI 48226* *(313) 224-6262 Fax (313) 224-5364*



**Determination:** The Circulator printed his first name and signed his last name. The report received from the Detroit City Clerk's Office contained a copy of the circulator's signature on the master card file. The file shows a signature with the signing of his first and last name. Based on this report, the signature as it appears on the certificate is ***valid***.

**Challenge #4** – "Challenge circulator voter registration – that circulator is registered to vote (Cassandra Johnson) and at that address!"
Petitions challenged – 00125, 00092, 00093, 00095, 00096

**Determination:** The report received from the Detroit City Clerk's Office indicates Circulator Cassandra Johnson is a registered voter at 5800 Courville Detroit, MI 48224; therefore, 7 signatures contained on petition pages 00125, 00092, 00093, 00095, and 00096 are determined ***valid***.

69 signatures contained within the above challenged petitions were determined ***invalid***.

**Challenge #5** – "Challenge that circulator is a registered voter Chinita Terry – 15745 Whitcomb"
Petitions challenged – 00041, 00067, 00151, 00150, 00155, 00042, 00043, 00164, 00163, 00081, 00012, 00013, 00149, 00044, 00003, 00045, 00063, 00064, 00162, 00065, 00048, 00009, 00066, 00079, 00078, 00080, 00014, 00015, 00071, 00070, 00069, 00134, and 00068

**Determination:** The investigative report received from the Detroit City Clerk's Office indicates that on February 25, 2014, Circulator Chinita Terry, moved from 15745 Whitcomb Detroit, MI 48227 and is currently registered at 15210 Joan St., Oak Park, MI 48237.

351 signatures contained within the above challenged petitions are determined ***invalid*** based on this information and MCL 168.544 (c)(3).

108 signatures contained within the above challenged petitions were determined ***invalid***.

**Challenge #6** – "Circulator is not registered to vote & therefore cannot circulate petitions. Tiara Willis Pittman 9141 Hartwell"
Petitions challenged - 00010, 00076, 00030, 00077, 00040, 00148, and 00011

**Determination:** As indicated in the report from the Detroit City Clerk, Circulator Tiara Willis-Pittman registered at 9141 Hartwell Detroit, MI 48228 on April 28, 2014. Based on this report, 64 signatures contained on pages 00010, 00076, 00030, 00077, 00040, 00148, and 00011 are determined ***invalid***. MCL 168.544 (c)(3).

17 signatures contained within the above challenged petitions were determined ***invalid***.

**Challenge #7** – "Challenge circulator is a registered voter and at this address. Alex Canty 9141 Hartwell, Detroit, MI 48228"





Petitions challenged - 00046, 00094, 00122, 00124, 00123, 00073, 00154, 00075, 00047, 00121, 00074, 00166, 00137, 00128, and 00136

**Determination:** The investigative report from the Detroit City Clerk indicates Circulator Alex Canty is not a registered voter. The 163 signatures contained within were determined ***invalid*** pursuant to MCL 168.544 (c)(3).

**Challenge #8** – "Challenge that circulator is a registered voter and at that address – Daniel Pennington 17344 Kentucky Detroit"
Petitions Challenged – 00002, 00102, 00153, 00038, 00032, 00039, 00115, 00114, 00116, 00024, 00037, 00117, 00152, 00008, 00145, 00004, 00091, 00141, 00140, 00139

**Determination:** As indicated in the report from the Detroit City Clerk's Office, Circulator Daniel Pennington registered at 17344 Kentucky Detroit, MI 48221 on April 28, 2014.

Based on this report, 188 signatures contained within the above challenged petitions are determined ***invalid***. MCL 168.544 (c)(3)

46 signatures contained within the above challenged petitions were determined ***invalid***.

**Challenge #9** – "We challenge that circulator is a registered voter and that she is registered at the address she signed on the petition. Jacinta McCarver 2453 Holbrook Apt#3 Hamtramck, MI 48212"
Petitions challenged – 00144, 00087, 00089, 00090, 00143, 00142, 00131, 00132, 00129, 00085 and 00086

**Determination:** Based on the report received from the Hamtramck City Clerk's Office, Circulator Jacinta McCarver is registered at 2319 Casmere St., Hamtramck, MI 48212 as of April 23, 2014. During the time the circulator circulated petitions, she was registered at 2453 Holbrook St. #F3 Hamtramck, MI 48212. The address listed on the petitions is the same address she was registered at during the petition circulation.

Based on that information, 105 signatures contained within the above challenged petitions are determined ***valid***.

28 signatures contained within were determined ***invalid***.

**Challenge #10** – "Challenge that circulator is registered to vote and at the address used. Davena Hogan 3998 8th St. Ecorse"
Petitions Challenged – 00088, 00082

**Determination:** The investigative report received from the Ecorse City Clerk's Office indicates that on April 15, 2014, Circulator Davena Hogan, registered at 3948 8th St., Ecorse, MI 48229. At the time the Circulator signed the Circulator's Certificate; she was registered at 139 E. Henry St., River Rouge, MI 48218.
16 signatures contained within the above challenged petitions are determined ***invalid*** based on this information and MCL 168.544 (c)(3).





6 signatures contained within the above challenged petitions were determined invalid. Additionally, petition pages 00026 and 00027 circulated by circulator Davena Hogan, containing 23 signatures are determined invalid pursuant to MCL 168.544 (c)(3).

In addition to the staff report that further details the number of valid and invalid signatures, of the maximum 2,000 signatures; 592 are valid and 1,408 are determined invalid. (See attached break down for details)

**FINAL DETERMINATION**

It is my determination that in accordance with the **current laws and statutes** of the State of Michigan, the nominating petitions filed by Congressman John Conyers, Jr. are ***insufficient*** to allow his name to appear on the August 5, 2014 Primary Ballot.

Sincerely,

Cathy M. Garrett

CATHY M. GARRETT
WAYNE COUNTY CLERK

Attachment (1)

# ATTACHMENT

| | |
|---|---|
| Total number of signatures reviewed | 2,000 |
| Total number deemed invalid prior to challenge | - 764 |
| Total number of valid signatures prior to challenge | **1,236** |

---

Total number of signatures challenged **1,266**

| | |
|---|---|
| Signatures Submitted **(234)** - Circulator Pennington (invalidated due to not being registered voter) | 189 |
| Signatures Submitted **(469)** - Circulator Terry (invalid/indicated improper jurisdiction) | 356 |
| Signatures Submitted **(81)** - Circulator Pittman (invalidated due to not being registered voter) | 65 |
| Signatures Submitted **(49)** - Circulator Hogan (invalid/indicated improper jurisdiction) | 39 |
| Duplicates (invalid/voter signed petition twice) | 5 |
| Total number of signatures deemed invalid under challenge | **644** |

---

| | |
|---|---|
| Total number deemed invalid prior to challenge | 764 |
| Total number of signatures deemed invalid under challenge | 644 |
| Total number of signatures not reviewable (29 signatures over the maximum 2,000 allowed) | -29 |
| Total number of valid signatures after challenge: | 592 |
| **Total number of signatures reviewed** | **2,000** |