**EXHIBIT B**

4/30/14 Letter from Wayne County Clerk re: sufficient signatures



## Office of the County Clerk
### Elections Division

**Cathy M. Garrett**
Wayne County Clerk

April 30, 2014

John Conyers, Jr.
2727 W. Seven Mile Rd.
Detroit, MI 48221

Dear Mr. Conyers:

This letter is to inform you that the signatures filed by you for the Office of U. S. House of Representative District 13 are of sufficient number to allow your name to appear on the ballot for the August 5, 2014 Primary Election.

If you have any questions, please contact this office at (313) 224-5525.

Sincerely,

Delphine G. Oden, Director
Wayne County Elections Division

DGO/jmr