# EXHIBIT C

Moore Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDERL EDNA MOORE ~~ANITA LEWIS~~ and
TIARA WILLIS-PITTMAN,

    Plaintiffs,

v.

RUTH JOHNSON, in her official capacity as
Secretary of State, and CATHY M. GARRETT,
in her individual capacity and in her official
capacity as Wayne County Clerk,

    Defendants.

Hon.

Case No.

CLAIM OF UNCONSTITUIONALITY

_____/

## DECLARATION OF EDERL EDNA MOORE

I, Ederl Edna Moore, hereby declare as follows:

1. I am a 72-year-old registered voter in Michigan's 13th Congressional District.
2. I am now retired but I worked for many years as a bookkeeper and accounting clerk for various employers. I have also worked as a legislative assistant to Detroit City Council members Brenda Jones and Kenneth Cockrel and I make it a point try to keep informed about the politics and financial situation in the city.
3. When I was a student at Central High School in Detroit, Judge Wade McCree, Jr., the first African-American judge to be appointed to the Sixth Circuit Court of Appeals and the second African American Solicitor General of the United States, came to talk to us about the importance of the right to vote and I have always remembered this.
4. I was already aware of the importance of voting because my family moved to Detroit from the south where African Americans were kept from voting by such means as poll taxes, discriminatory tests, and threats and acts of violence, even including murder.

5. Because of my personal history and that of African Americans in this country I am particularly committed to the importance of voting and believe that I have never missed an election, whether primary or general.

6. For the same reasons I have long been a strong supporter of Congressman John Conyers who has been a leader of the civil rights movement in Detroit, in Michigan, and in the country. I was a supporter of Congressman Conyers even before he was first elected, as I campaigned for him, distributed his literature and put Conyers voting cards on the windshields of people's cars.

7. I also support Congressman Conyers because I believe that it is important to have strong African American representation in Congress in order to stand up for the rights of people of color and to take steps to eliminate discrimination.

8. I was very disappointed to hear that Congressman Conyers might not be on the Democratic primary ballot in August, as I have had every intention of voting for him.

9. I will vote for Congressman Conyers again if he is on the general election ballot in November.

10. I am upset that the Wayne County Clerk's staff has determined that hundreds of signatures to place Congressman Conyers on the primary ballot will not count. Those voters signed petitions because they want Congressman Conyers on the ballot and I do not believe that their voices should be silenced because the petition circulators might not have been registered. It is the voice of voters who sign petitions which should count, not the status of the person who circulates the petitions.

I, Ederl Edna Moore, resident of Detroit, Michigan, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above statements above are true and correct to the best of my knowledge and belief.

5/12/2014
Date

Ederl Edna Moore

3