# EXHIBIT E

Willis-Pittman Voter Registration Application

# State of Michigan Voter Registration Application
and Michigan Driver License/Personal Identification Card Address Change Form

**1 answer**

Are you a citizen of the United States of America?  ☒ Yes  ☐ No
Will you be 18 years of age on or before election day?  ☒ Yes  ☐ No

☐ If you responded *No* to either of these questions, do NOT complete this form.

**2 complete application**

Last Name: Willis Pittman
First Name: Tiara
Middle Name: Sakyla
Apt. No./Lot No.:

Address where you live — house number and street/road: 9141 Hartwell

City: Det
Zip Code: 48228
Telephone optional: 313 161 9909
State: MI

If you do not have a house or street address, describe location where you live — cross streets or roads, landmarks, etc.

☐ City or ☐ Township where you live
County where you live: Wayne
School District if known

Mailing Address if different   ☐ For use on Driver License/Personal ID and Voter Registration   ☐ For use on Voter Registration only

Date of Birth: 1-11-95
☐ Male  ☒ Female

ID Number check applicable box and provide appropriate number
☒ I have a state issued driver license or personal ID card # W421 793 758 032    State: MI
☐ I do not have a state issued driver license or personal ID card. The last four digits of my Social Security Number are ___
☐ I do not have a state issued driver license, a state issued personal ID card or a Social Security Number. An ID number will be assigned to you for voter registration purposes.

Are you still registered to vote at your last address?   ☐ Yes  ☐ No  ☒ Don't Know   If "Yes" or "Don't Know" enter previous address

Previous Street Address: 
☐ City or ☐ Township of: 
County: 

State: 
Zip Code: 
Registered under name of if different than above

**3 read, sign and date**

I certify that:
☒ I am a citizen of the United States.
— I am a resident of the State of Michigan and will be at least a 30-day resident of my city or township by election day.
— I will be at least 18 years of age by election day.
— I authorize cancellation of any previous registration.
— The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be subject to a fine or imprisonment or both under federal or state laws.

X _Tiara Willis Pittman_   12-13-13
Signature of Applicant   Date

X _Tiara Willis Pittman_   12-13-13
Signature of Applicant   Date

Sign and date both spaces provided above.

BEFORE MAILING, REMOVE TAPE AND FOLD IN HALF TO SEAL CLOSED.

4/28/14