**EXHIBIT F**

Terry Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDERL EDNA MOORE, et al.,

    Plaintiffs,

v.

RUTH JOHNSON, et al.,

    Defendants.

Hon. Matthew F. Leitman

Case No. 14-cv-11903

_____/

## DECLARATION OF CHINITA TERRY

I, Chinita Terry, hereby declare as follows:

1. I am 61 years old and a strong supporter of Congressman John Conyers.

2. I remember being impressed with him over 25 years ago when I saw him speak at a dinner I attended in Detroit and I have been a fan ever since.

3. I have circulated nominating petitions to put Congressman Conyers on the ballot for at least three elections, including the ballot for the August 5, 2014 primary election to determine the Democratic candidate for Michigan's 13th Congressional District.

4. I circulated nominating petitions for Congressman Conyers to place him on the August ballot because I wanted to ensure that we could send him back to Washington to represent our interests.

5.  When I asked registered voters in the 13th Congressional District to sign the nominating petitions for Congressman Conyers, I often spoke about his policies and emphasized that we could depend on him to stand up for the people of the district and stand up for our rights.

6.  I also spoke about how I personally loved his work and how he would assist members of the district when they needed help.

7.  I reside at 15745 Whitcomb Street in Detroit, which falls within the 13th Congressional District.

8.  I was a resident on Whitcomb Street in Detroit when I circulated the petitions to place Congressman Conyers on the August 5 ballot.

9.  This winter there were problems in our neighborhood with people breaking into houses and stealing mail from the mailboxes.

10. I have had mail stolen from my mailbox on Whitcomb Street.

11. I called my bank this winter to inform it that I had not received my debit card in the mail that I was expecting. Not long after my call to the bank, a bank employee called me back to tell me that the bank had placed an alert on my account because someone was trying to make a large purchase using my debit card. I confirmed that I had not authorized anyone to use the card.

12. I believe that that someone may have stolen my debit card from my mailbox.

13. Soon after the call from the bank, I was petitioning near a Secretary of State's office and decided to go into the Secretary of State's office to see if I could have my mail from the Secretary of State sent to an alternative address to ensure that the mail would not be stolen. I was told that I could.

14. I requested that my mail from the Secretary of State be sent to an address in Oak Park so my brother could bring me my mail when I saw him on Sundays in church.

15. When I asked the Secretary of State to change my mailing address, I never intended for my voter registration address to change.

16. It was not until May 14, 2014, after the Wayne County Clerk disqualified over 350 signatures that I collected on Congressman Conyers' nominating petitions, that I learned that the Secretary of State had changed my voter registration address.

17. In fact, when I signed the circulator certificate on the bottom of the Congressman Conyers' nominating petitions that I had circulated, I used my Whitcomb address in Detroit because that is where I lived and that is where I thought I was still registered to vote.

18. On May 14, 2014, the same day I learned that the Secretary of State mistakenly changed my voter registration address to Oak Park, I went to the

Secretary of State office and had the staff fix their error and reinstate my voter registration back to my address, 15745 Whitcomb in Detroit.

19. I strongly want to vote for Congressman Conyers in the August primary and I will vote for him in August if he is on the ballot.

20. I will vote for Congressman Conyers again in November in the general election if he is on the ballot.

21. I am upset that my work to support Congressman Conyers has been hindered by the Wayne County Clerk's refusal to count the hundreds of nominating signatures that I obtained.

   I, Chinita Terry, a resident of Detroit, Michigan, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the statements above are true and correct to the best of my knowledge and belief.

05-14-2014
Date

Chinita Terry