## **EXHIBIT LIST**

A – 5/13/14 "Final Determination" Report of Wayne County Clerk

B – Terry Declaration

C – Willis-Pittman Declaration

D – Moore Declaration